446

No. 11–0495/AR. U.S. v. Brandon K. Price. CCA 20100382. On consideration of Appellant's motion for leave to file out of time and motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to October 19, 2012.

No. 13–0037/AR. U.S. v. Eloy Gonzalez. CCA 20100485. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including October 31, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

